IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MCANDREW, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | |
| | : | |
| BUCKS COUNTY BOARD | : | 2:12-CV-4676 |
| OF COMMISSIONERS, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 8th day of November 2013, **IT IS HEREBY ORDERED**:

**1.)**    Defendants' motion to dismiss, (Doc. No. 4), is **GRANTED IN PART** and **DENIED IN PART**.

**2.)**    The motion to dismiss is **GRANTED** insofar as it seeks dismissal of Count I, plaintiff's First Amendment claim, against Commissioner defendants.

**3.)**    Count I is **DISMISSED WITHOUT PREJUDICE** as to the Commissioner defendants, and plaintiff is **GRANTED LEAVE TO AMEND** his complaint with respect to defendant Commissioners' personal involvement in the violation of plaintiff's First Amendment rights.

**4.)**    Count III of the complaint is **DISMISSED WITHOUT PREJUDICE**.

**5.)**    The motion to dismiss is **DENIED** in all other respects.

BY THE COURT:

/s/ C. Darnell Jones  II,  J.
C. DARNELL JONES  II,  J.