IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MCANDREW, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION |
| : | NO. 12-4676 |
| BUCKS COUNTY BOARD OF : | |
| COMMISSIONERS, et al., : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this 10th day of July, 2017, upon consideration of Plaintiff James McAndrew's motion to enforce settlement (ECF. No. 97), Defendants' cross-motion to enforce settlement (ECF No. 100), and the Report and Recommendation of the Honorable Lynne A. Sitarski, U.S. Magistrate Judge, (ECF No. 110), with no objections thereto having been filed in accordance with Local Rule 72.1 IV(b), it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The parties' cross-motions to enforce settlement (ECF Nos. 97 & 100) are **DENIED** as moot; and

3. The Clerk of Court is directed to **CLOSE** this case for statistical and all purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II    J.